| PROB 22 (Rev. 01/24) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | 0753 3:22CR30048-001 |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |
| | 0:25CR00430-001(SRN) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Central District of Illinois | Springfield |
| Chase Ekiyor | NAME OF SENTENCING JUDGE | |
| | U.S. District Judge Sue E. Myerscough | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 03/06/2025 | TO 03/5/2028 |

**OFFENSE**
Conspiracy to Distribute Controlled Substances

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Chase Ekiyor has established both support and residency in Minnesota and has no plans to return to the Central District of Illinois.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Central _____ DISTRICT OF _____ Illinois _____

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ District of Minnesota _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_10/24/25_
Date

_Sue E. Myerscough_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ Minnesota _____

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_December 1, 2025_
Effective Date

_Susan Richard Nelson_
United States District Judge Susan Richard Nelson